Rev. 08/07/09

# LOCAL BANKRUPTCY FORM 3015-3(a)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>George M Stoudt<br>aka George Michael Stoudt<br>Tara L Stoudt<br>aka Tara L Minichbach<br><br>**Debtor(s)** | CHAPTER 13<br><br>CASE NO. 5-16-bk-02042-RNO |

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **George M Stoudt**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **November 23, 2016**.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: 11/10/2016      BY: Leonard Zagurskie, Jr., Esquire
                                                 Counsel for Debtor

DATED: 11/10/2016      BY: /s/ George M Stoudt
                                                 Debtor