# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George M Stoudt and Tara L Stoudt <u>Debtor(s)</u> | BKY. NO. 16-02042 RNO CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4994

                                 Respectfully submitted,

                                 **/s/ Thomas Puleo**
                                 Thomas Puleo, Esquire
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 825-6306  FAX (215) 825-6406
                                 Attorney for Movant/Applicant