```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                    Case No. 16-02042-JJT
George M Stoudt                                                           Chapter 13
Tara L Stoudt
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2            Date Rcvd: Jun 02, 2017
                              Form ID: ordsmiss          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db             +George M Stoudt,    60 Circle Drive,    Pine Grove, PA 17963-8729
jdb           #+Tara L Stoudt,    60 Circle Drive,    Pine Grove, PA 17963-8729
4789450        +BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVENUE STE 502,    PO BOX 8875,
                 CAMP HILL, PA 17001-8875
4789451         BUREAU OF UC BENEFITS,    ATTN UI PAYMENT SERVICES,    PO BOX 67503,   HARRISBURG, PA 17106-7503
4789453        +CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4789456        +EASTERN EMERGENCY PHYSICIANS LLC,     PO BOX 37760,   PHILADELPHIA, PA 19101-5060
4789459         LEBANON IMAGING ASSOCIATES PC,     PO BOX 371863,   PITTSBURGH, PA 15250-7863
4820427        +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4789460        +NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4809914        +Office of UC Benefits Policy,    Office of Chief Counsel,    10th Floor,   651 Boas Street,
                 Harrisburg Pa. 17121-0751
4834101        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
4789462         PNC MORTGAGE,   PO BOX,    DAYTON, OH 45401
4789463        +PROGRESSIVE FINANCIAL SERVICES INC,     PO BOX 22083,   TEMPE, AZ 85285-2083
4789464         SCHUYLKILL MEDICAL CENTER EAST,     700 E NORWEGIAN ST,    POTTSVILLE, PA 17901-2798
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4830256        +EDI: CINGMIDLAND.COM Jun 02 2017 19:03:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,     ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ 07921-2693
4789449        +EDI: BANKAMER.COM Jun 02 2017 19:03:00      BANK OF AMERICA,    ATTN BANKRUPTCY,   PO BOX 26012,
                 GREENSBORO, NC 27420-6012
4789452         EDI: CAPITALONE.COM Jun 02 2017 19:03:00      CAPITAL ONE BANK USA NA,    15000 CAPITAL ONE DRIVE,
                 RICHMOND, VA 23238
4789454        +EDI: CHASE.COM Jun 02 2017 19:03:00      CHASE CARD,   PO BOX 15298,    WILMINGTON, DE 19850-5298
4797332         EDI: CAPITALONE.COM Jun 02 2017 19:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4824346         EDI: BL-BECKET.COM Jun 02 2017 19:03:00      Capital One NA,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
4789455        +EDI: DISCOVER.COM Jun 02 2017 19:03:00      DISCOVER FINANCIAL,
                 ATTENTION BANKRUPTCY DEPARTMENT,     PO BOX 3025,   NEW ALBANY, OH 43054-3025
4792378         EDI: DISCOVER.COM Jun 02 2017 19:03:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
4789457        +Fax: 717-279-8012 Jun 02 2017 19:03:16      JONESTOWN BANK AND TRUST CO,
                 COLLECTIONS DEPARTMENT,    421 E PENN AVENUE,    LEBANON, PA 17042-2433
4789458        +EDI: CBSKOHLS.COM Jun 02 2017 19:03:00      KOHLS,   N56 W 17000 RIDGEWOOD DR,
                 MENOMONEE FALLS, WI 53051-7096
4789460         E-mail/Text: Bankruptcies@nragroup.com Jun 02 2017 19:05:14       NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4833709         EDI: PRA.COM Jun 02 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4789465        +EDI: RMSC.COM Jun 02 2017 19:03:00      SYNCB TOYSRUS,   PO BOX 965005,    ORLANDO, FL 32896-5005
4789466        +EDI: RMSC.COM Jun 02 2017 19:03:00      SYNCB WALMART DC,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
4789467        +E-mail/Text: bankruptcydepartment@tsico.com Jun 02 2017 19:05:09       TRANSWORLD SYS INC,
                 507 PRUDENTIAL RD,    HORSHAM, PA 19044-2308
4789468         EDI: URSI.COM Jun 02 2017 19:03:00      UNITED RECOVERY SYSTEMS LP,    PO BOX 722910,
                 HOUSTON, TX 77272-2910
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4789461*       +NATIONAL RECOVERY AGENCY,    2491 PAXTON ST,   HARRISBURG, PA 17111-1036
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2017 at the address(es) listed below:

              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard Zagurskie, Jr    on behalf of Joint Debtor Tara L Stoudt lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Leonard Zagurskie, Jr    on behalf of Debtor George M Stoudt lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| George M Stoudt<br>aka George Michael Stoudt | Chapter 13 |
| Tara L Stoudt<br>aka Tara L Minichbach | Case No. 5:16−bk−02042−JJT |

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: June 2, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk